IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br><br>vs.<br><br><br>TYLER JOHN WITTEMAN,<br><br>  Defendants. | **8:23-CR-86**<br><br><br><br>**ORDER ON REQUEST FOR TRANSCRIPT** |

This matter is before the Court on a Request for Transcript filed by nonparty Raphael M. Goldman. Filing 662. The request relates to a transcript of the defendant's sentencing hearing held on January 15, 2026. Filing 594 (Text Minute Entry). The Court notes that while the majority of the defendant's sentencing hearing was open to the public, some of it was sealed. The Court will authorize the release of the unsealed portions of the transcript, provided Mr. Goldman contacts Rogene Schroeder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for obtaining the transcript. In the event Mr. Goldman does not contact Ms. Schroeder and make the appropriate financial arrangements for the unsealed portions of the transcript, the request for the unsealed portions is denied. To the extent that Mr. Goldman seeks access to the sealed portion of the transcript, he is directed to file a motion within seven (7) days articulating why, for what purposes, and under what legal authority he should be permitted to review the sealed portion of the defendant's sentencing hearing. Any such motion should include proposed language to be used in a future protective order. Counsel for the Government and counsel for the defendant shall then have seven (7) days to respond to any such motion. Unless and until the Court is convinced

that Mr. Goldman has a valid purpose and a legal right to review the sealed portion of the transcript from the defendant's sentencing hearing, the Court will not permit its release. Accordingly,

IT IS ORDERED that:

1. The Request for Transcript filed by nonparty Raphael M. Goldman, Filing 662, is granted as to the unsealed portions of the transcript under the conditions described above. To the extent those conditions are not met, the request for the unsealed portions is denied;

2. To the extent nonparty Raphael M. Goldman seeks to review the sealed portion of the transcript from the defendant's sentencing hearing, he is directed to file a motion meeting the requirements set forth above within seven (7) days;

3. Counsel for the Government and counsel for the defendant shall have the right to respond to any such motion filed by Raphael M. Goldman within seven (7) days of its filing; and

4. The Clerk shall mail a copy of this order to Raphael M. Goldman at the address provided in Filing 662.

Dated this 29th day of January, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge

2